UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
§
**Que Jay Fullmer** §    Case No.:  **09-50086**
**Debora Jean Fullmer** §
§
§
Debtor(s) §
§

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.

- ☐ adds entities not listed on previously filed mailing list(s).

- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: **March  5, 2009**          **/s/ Que Jay Fullmer**
                                  **Que Jay Fullmer**
                                  Signature of Debtor

Date: **March  5, 2009**          **/s/ Debora Jean Fullmer**
                                  **Debora Jean Fullmer**
                                  Signature of Debtor

Date: **March  5, 2009**          **/s/ David R. Langston**
                                  Signature of Attorney
                                  **David R. Langston 11923800**
                                  **Mullin Hoard & Brown, L.L.P.**
                                  **P.O. Box 2585**
                                  **Lubbock, TX 79408**
                                  **806-765-7491   Fax: 806-765-0553**

                                  **xxx-xx-6194**
                                  Debtor's Social Security/Tax ID No.

                                  **xxx-xx-8308**
                                  Joint Debtor's Social Security/Tax ID No.

3 V Dairy
4807 Graves Road
Roswell, NM 88203


A&D Testing
P.O. Box 586
Texico, NM 88135


A&L Water Well Service
3495 Manter Gr.
Wright, KS 67882


A-1 Enterprises
421 E. 2nd Street
Roswell, NM 88201


Access Group
P.O. Box 390
Hereford, TX 79045-0390


ADM Corn Processing Division
P.O. Box 92572
Chicago, IL 60675-2572


Advanta Bank Corp.
P.O. Box 8088
Philadelphia, PA 19101-8088


Airgas-Southwest
1103 E. 2nd Street
Roswell, NM 88201


Alamo Livestock
P.O. Box 13311
El Paso, TX 79913

Allied Waste
P.O. Box 78829
Phoenix, AZ 85062


Alltech, Inc.
P.O. Box 404569
Atlanta, GA 30384-4569


AMD
356 Eastland Drive South
Twin Falls, ID 83301


American Express
P.O. Box 650448
Dallas, TX 75265


Animix
P.O. .Box 68-6540
Milwaukee, WI 53268


Applied Industries
P.O. Box 100538
Pasadena, CA 91189-0538


Arizona Dept of Economic Security
P.O. Box 6028
Phoenix, AZ 85005-6028


Arizona Dept. of Revenue
P.O. BOX 29038
Phoenix, AZ 85038


Arizona Public Service
P.O. Box 2906
Phoenix, AZ 85062-2906

Ark Valley Oil Co., LLC
204 W. Ave. A
P.O.. Box 1027
Syracuse, KS 67878


Artesia General Hospital
702 N. 13th Street
Artesia, NM 88210


Asbury Environmental Services
File 41899
Los Angeles, CA 90074-1899


ASCO
P.O. Box 3888
Lubbock, TX 79452


AT&T
P.O. Box 78522
Phoenix, AZ 85062-8522


Atmos Energy
P.O. Box 79073
Phoenix, AZ 85062-9073


B. Jochim Trucking
3021 Twin City Drive
Mandan, ND 58554


Bailey County Central Appraisal District
302 Main St.
Muleshoe, TX 79347


Bailey County Clerk
300 S. 1st Street
Suite 200
Muleshoe, TX 79347

Bailey County Electric Coop
P.O. Box 1013
Muleshoe, TX 79347-1013


Bailey County Electric Coop
P.O. Drawer 1013
Muleshoe, TX 79347


Bailey County EMS
715 West 2nd Street
Muleshoe, TX 79347


Bailey County Tax Assessor
300 S. 1st Street
Suite 130
Muleshoe, TX 79347


Bailey County Tax Assessor
300 S. 1st St.
Suite 130
Muleshoe, TX 79347


Bales Cattle Co.
20600 W. Beloat Rd.
Buckeye, AZ 85326


Bales Hay Sales
20600 W. Beloat Rd
Buckeye, AZ 85326


BASF Construction Chemicals
23700 Chagrin Blvd.
Beachwood, OH 44122


Bay State Milling Co.
Dept. Ch. 17308
Palatine, IL 60055-7300

Berry Tractor & Equipment co.
P.O. Box 934944
Kansas City, MO 64193-4944


Big L Rental
2208 W. Mary Street
Garden City, KS 67846


Bill's Volume Sales, Inc.
P.O. Box 277
Central City, NE 68826


Blue Creek Trucking LLC
15180 No. 17200 W.
Howell, UT 84316


Bob Finch


Bob Reed Pest Control
1206 W. Hobbs
Roswell, NM 88203


Bob Stovall Printing
221 East Ave. B
Muleshoe, TX 79347


Bob Stovall Printing
221 E. Ave. B.
Muleshoe, TX 79347


Border International Trucks
12283 Rojas Dr.
El Paso, TX 79936

Brad Silva
8483 N. Millbrook Ave.
Suite 104
Fresno, CA 93720


Bret D. Hillman
Hillman & Lew
131 East Kern Ave.
Tulare, CA 93274


Brian Sprivey
P.O. Box 231
Dublin, TX 76446


Brithinee Electric


Buckeye Feed & Country Store


Buckeye Water Conservation & Drainage
P.O. Box 53999
STA 9860
Phoenix, AZ 85072


Buena Suerte Vet.


Bullock Industry


Burgess Chiropractic Center
315 W. Washington, Sutie A
Artesia, NM 88210

Burrows Enterprises


C & H Equipment
2501 W. American Blvd.
Muleshoe, TX 79347


C&H Equipment
2501 W. American Blvd.
Muleshoe, TX 79347


CA Dept. of Motor Vehicle
 P.O. BOX 825339
Sacramento, CA 94232


Calavert Oil Co.
214 Arizona Eastern Ave.
P.O. Box 608
Buckeye, AZ 85326


Calva Products
P.O. Box 126
Acampo, CA 95220


Campus Garden Imaging
P.O. Box 1819
Wichita, KS 67201


Capital One
P.O. Box 650010
Dallas, TX 75265-0010


Capital One
P.O. Box 60599
City Of Industry, CA 91716-0599

Capital One
P.O. Box 60024
City Of Industry, CA 91716-0024


Capital One Bank
P.O. Box 60599
City Of Industry, CA 91716


Capital One Bank
P.O. Box 60024
City Of Industry, CA 91716-0024


Capital One, F.S.B.
P.O. Box 650010
Dallas, TX 75265-0010


Cargill Animal Nutrition
14721 West Main Ave.
Casa Grande, AZ 85222


Carr Automotive, Inc.
316 East McGaffey
Roswell, NM 88203


CDI


Cecil Peterson Medical Clinic
P.O. Box 1278
Syracuse, KS 67878


Cemex
P.O. 848388
Dallas, TX 75284

Central Valley Electric
P.O. Box 230
Artesia, NM 88211-0230


Charter West National Bank
P.O. Box 288
West Point, NE 68788


Chaves County Treasurer
P.O. Box 1772
Roswell, NM 88202


Chaves Emergency Group
P.O. Box 2995
San Antonio, TX 78299-2995


Chem Serv
101 N. Citrus Ave.
Ste. 3-B
Covina, CA 91723


Chino Holding Company, LLC
P.O. Box 670
Upland, CA 91785


Chino MFG & Repair
13563 12th St.
P.O. Box 516
Chino, CA 91710


Chuck Untiedt


City of Elida

City of Littlefield
305 Phelps Ave.
Littlefield, TX 79339


City of Muleshoe
215 S. First St.
Muleshoe, TX 79347


City of Muleshoe
215 South 1st Street
Muleshoe, TX 79347


City of Syracuse
P.O. Box 148
Syracuse, KS 67878-0148


Clean Water Technology
151 W. 135th St.
Los Angeles, CA 90061


Clovis Equipment & Supply Co.
P.O. Box 946
Clovis, NM 88102


CNH Capital
Dept. CH 10460
Palatine, IL 60055-0460


CNH Capital
Dept CH 10460
Palatine, IL 60055-0460


Coats Plumbing
P.O. Box 305
Dexter, NM 88230

Coble Diary Supply, Inc.
1411 Circle Diamond
Roswell, NM 88201


Comdata Permits
P.O. Box 548
Brentwood, TN 37024


Complete Compliance
5307 N. Prince
Clovis, NM 88101


Con Agra, Inc.


Counterforce USA
P.O. Box 650540
Dallas, TX 75265


County Services, LTD
P.O. Box 1698
Plainview, TX 79073


Covenant Medical Group
P.O. Box 650597
Dallas, TX 75265


Crotts Aircraft
Dodge City Regional Airport
102 Airport Road
Dodge City, KS 67801


Crotts Aircraft Service, Inc.
102 Airport Road
Dodge City, KS 67801

Culligan
5410 A. 28th St.
Phoenix, AZ 85040


Culligan
1303 N. Garden
Roswell, NM 88201


D'Lynn Lee
12052 PR 438
Merkel, TX 79536


Dairy Advantage
P.O. Box 1026
Syracuse, KS 67878


Dairy America
P.O. Box 31001-0813
Pasadena, CA 91110-0813


Dairy Central


Dale Oil Company
413 W. American Blvd
Muleshoe, TX 79347


Dan Dee Dairy
181 E. Darby Road
Dexter, NM 88230


Danell Bros., Inc.
8265 HANFORD-ARMONA RD
Hanford, CA 93230

Darigold
P.O. Box 24404
Seattle, WA 98124


Daubert Oil & Gas
P.O. Box 790
Dexter, NM 88230


David C. Black
Fiss & Black, P.A.
101 S. Main St.
Johnson, KS 67855


Davis Lumber & Hardware
1700 SE Main
Roswell, NM 88203


Davis Motors, Inc.
110 W. Hwy 50
P.O. Box 1476
Syracuse, KS 67878


DBS Commodities
184 E. Darby Road
Roswell, NM 88203


De Boer and Sons
P.O. BOX 1317
Tipton, CA 93272


De Vries Transport


Dell Business Card
P.O. Box 5275
Carol Stream, IL 60197-5275

Demaree's Pumping Svc.
P.O. Box 8058
Roswell, NM 88202-8058


Dick Larsen Treasurer Tax Collector


Don Hook Trucking
P.O. Box 849
Syracuse, KS 67878


DOT Tax
4810 North Black Canyon Hwy
Suite 207
Phoenix, AZ 85017


Double Aught Dairy
P.O. Box 130
Dexter, NM 88230


DTN
9110 W Dodge Rd.
Suite 200
Omaha, NE 68114-3324


DTN Corporation
P.O. Box 3546
Omaha, NE 68103-0546


Duck's Septic Pump & Install, Inc.
802 E. Canton
Buckeye, AZ 85326


Eastside Dairly II, LLC
9620 E. Road 8
Johnson, KS 67855

Economy Inn
2701 W. American Blvd.
Muleshoe, TX 79347


Enchantment Dairy
c/o DBS Commodities
184 E. Darby Rd.
Dexter, NM 88230


Ensz Hay Sales


Eric Steven Trust
1403 W. BOONE
Spokane, WA 99210


Ericson Equipment
1706 S. 1st St.
Artesia, NM 88210


F&M Cattle
12971 Bailey Road
Melba, ID 83641


F.M.S.H. & A


Farm Credit Leasing
Interchange Tower, Suite 600
600 Hwy. 169 S.
Minneapolis, MN 55426


Farm Credit Leasing
403 N. Sunset St
Kenedy, TX 78119

Farm Credit of the Heartland
Attn: John Graves
7940 W. Kellogg
P.O. Box 12800
Wichita, KS 67209


Farm Plan
P.O. Box 650215
Dallas, TX 75265-0215


Farm Plan
P.O. .Box 650215
Dallas, TX 75265-0215


Fastenal Company
P.O. Box 978
Winona, MN 55987-0978


Federal Express
P.O. BOX 7221
Pasadena, CA 91109


Filter Engineering
1499 Pomona Road
Suite B
Corona, CA 92882


First Care Industrial Med Center
16702 Valley View Ave
La Mirada, CA 90638


First National Bank of Syracuse Kansas
11 North Main
P.O. Box 928
Syracuse, KS 67878


Five Area Systems
P.O. Box 448
Muleshoe, TX 79347-0448

Five Area Systems, Inc.
P.O. Box 448
Muleshoe, TX 79347


Fleet Pride
5751 Santa Ana St.
Ontario, CA 91761


Flinders Express
2519 East 500 North
Saint Anthony, ID 83445


Folkens Bros. Express, Ltd.
P.O. Box 62
Lester, IA 51242


Forrest Tire
601 S. Main
Roswell, NM 88203


Foster Farms
P.O. Box 198
Livingston, CA 95334


Frazier Oil & Gas
P.O. Box 1
Dexter, NM 88230


Fry & Cox Inc.
401 South 1st St.
Muleshoe, TX 79347


Fulkerson Services, Inc.
1601 W. 2nd Street
Roswell, NM 88201

Garth Sheetmetal


Geissler Technologies
15665 Medina Rd.
Minneapolis, MN 55447


Genova Labs, Inc.
16780 Whittington Walk
#200
Eden Prairie, MN 55346


Genske, Mulder & Company, LLP
1835 Newport Blvd.
Suite D-263
Costa Mesa, CA 92627


GFI Stainless
198 Lewis Court
Corona, CA 92882


Gillett Diesel Service
14812 South Heritage Crest Way
Riverton, UT 84065


Global Animal Management
P.O. Box 198428
Atlanta, GA 30384


Goddard Consulting
15052 Eton Circle
Huntington Beach, CA 92647


Golden Rule (Syracuse)
1100 West Hwy 50
P.O. Box 807
Syracuse, KS 67878

Goode's Welding, Inc.
926 E. McGaffey
Roswell, NM 88201


Graingers
Dept. 440
Palatine, IL 60038-0001


Grimm's Farm & Auto
P.O. Box 264
Dexter, NM 88230


H&E Equipment Services, Inc.
3050 Delta Drive
Colorado Springs, CO 80910


Hagerman Irrigation
P.O. Box 507
Hagerman, NM 88232


Hagerman Water Utility
P.O. Box 247
Hagerman, NM 88232


Hamilton County EMS
P.O. Box 914
Syracuse, KS 67878


Hamilton County Hospital
P.O. Box 948
Syracuse, KS 67878-0948


Hamilton County Solid Waste
c/o City of Syracuse
P.O. Box 148
Syracuse 67878

Harold Whitaker Livestock Transportation
P.O. Box 1179
Roswell, NM 88202


Hart Electric
P.O. Box 550
302 S. Chestnut St.
Johnson, KS 67855


Hartline Heating & Air Conditioning
P.O. Box 64276
Lubbock, TX 79464


Henry Lawson
24 Centerville Rd.
Tylertown, MS 39667


Hereford Welding Supply
P.O. Box 1536
Hereford, TX 79045


Higginbotham Bros. & Co.
P.O. Box 392
Comanche, TX 76442


High Plains Energy
P.O. Box 1113
Garden City, KS 67846


High Plains Pest Control
P.O. Box 826
Farwell, TX 79325


Hilb Rogal & Hobbs Insurance
File 50777
Los Angeles, CA 90074-0777

Hill Rogal & Hobbs Insurance
File 50777
Los Angeles, CA 90074


Holstein Supply, Inc.
P.O. Box 1300
Dumas, TX 79029


Holstein Supply, Inc.
405 East Hwy. 50
Syracuse, KS 67878


Home Depot Credit Services
P.O. Box 6031
The Lakes, NV 88901


Hometown True Value Hardware
1511 E. MC 85
Buckeye, AZ 85326


Hy-Plains Feedyard, LLC
7505 W. Hwy. 56
P.O. Box 356
Montezuma, KS 67867


IMI Global, Inc.
P.O. Box 1291
Platte City, MO 64079


Imperial Western Products, Inc.
P.O. Box 1110
Coachella, CA 92236


Ivesco LLC
P.O. Box 227
Scott City, KS 67871

J&K Davis


J&M Cattle
12971 Bailey Road
Melba, ID 83641


J&M Dairy
c/o Maria Borgess
Rt.. 456 N. 13th Street
Artesia, NM 88210


J&T Devries Pest Control
P.O. .Box 2721
Chino, CA 91708-2721


J.D. Heiskell & Co.
P.O. Box 51493
Ontario, CA 91762


Jack Pirtle


Jack Rovics


James Jones
P.O. Box 1375
Roswell, NM 88202


Jeffrey Kirk
1436 East 6th Street
Corona, CA 92879

Jim Disher Trucking
P.O. Box 1716
Commerce City, CO 80037


John Deere
1015 S. Atkinson
Roswell, NM 88201


John Westeyn
9300 Pine
Chino, CA 91710


Johnson Septic Tank Co.
206 Harris Rd.
Roswell, NM 88203


Johnson's Septic Tank & Service
1202 Massey Ferguson Rd.
Garden City, KS 67846


Johnstone Supply


Jordan Dairy Service
P.O. Box 236
Dexter, NM 88230


Justice of Peace


Kansasland Tire Co.
1702 E. Fulton St.
Garden City, KS 67846

KH Metals


King Grain Co., Inc.
P.O. Box 572
Muleshoe, TX 79347


L.B. Metalcraft
P.O. Box 612
Dexter, NM 88230


Lallemand Animal Nutrition
P.O. Box 78833
Milwaukee, WI 53278


Laura Monroe
Perdue Brandon Fielder Collins & Mott
P.O. Box 817
Lubbock, TX 79408


Leaco
590 Comanche Road
Dexter, NM 88230


Lextron Animal Health
Department #1305
Denver, CO 80256


Louie's Service Center
509 E. 2nd St.
Roswell, NM 88201


LY Cattle Co., Inc.
1970 East 2000 South
Gooding, ID 83330

```
M.J. Grafe, DO
301 S. Roselawn
Artesia, NM 88210


MAAS Feedlot
83928 569 Ave.
Stanton, NE 68779


Max Tarbox
McWhorter Cobb & Johnson,L.L.P.
P.O. Box 2547
Lubbock, TX 79407


McCormick Seeds, Inc.
P.O. Box 590
400 East Ash
Muleshoe, TX 79347


Michael G. Kerbs
Reid & Hellyer, P.C.
3880 Lemon Street, 5th Floor
P.O. Box 1300
Riverside, CA 92502-1300


Miguel Dairy Service, Inc.
P.O. Box 910
Syracuse, KS 67878


Muleshoe Area Medical Center
708 South 1st Street
Muleshoe, TX 79347


Muleshoe Motor Co.
1125 W. American Blvd.
Muleshoe, TX 79347


Muleshoe Motor Company
1125 W. American Blvd.
Muleshoe, TX 79347
```

Muleshoe State Bank
101 W. American Blvd.
Muleshoe, TX 79347


Muleshoe Valley Inc.
P.O. Box 631
Muleshoe, TX 79347


NAPA Auto Parts
126 S. 4th Street
Buckeye, AZ 85326


Napa Auto Parts
P.O. Box 520
Hagerman, NM 88232


Napa Auto Parts


NAPA Roswell
P.O. Box 2226
Roswell, NM 88202


New Mexico Department of Labor
P.O. Box 2281
Albuquerque, NM 87103-2281


New Mexico Machinery


Nextel
P.O. Box 4181
Carol Stream, IL 60197-4181

Nick Griego & Sons Construction
1104 E. Manana
Clovis, NM 88101


NM Motor Vehicle Department
P.O. Box 1028
Santa Fe, NM 87504-1028


NMLB
P.O. Box 1119
Roswell, NM 88202


Nora Aguilar
P.O. Box 442
Hagerman, NM 88232


Oasis Dairy Equipment
509 E. Chicago Circle #4
Chandler, AZ 85225


Office Depot
P.O. Box 88040
Chicago, IL 60680-1040


Office Max
P.O. Box 5237
Carol Stream, IL 60197-5237


Office Max Contract, Inc.
75 Remittance dr. #2698
Chicago, IL 60675-2698


Orscheln
P.O. Box 219736
Kansas City, MO 64121-9736

Outlaw Dairy AZ
18903 W. Hwy. 85
Buckeye, AZ 85326


Panorama Construction
2422 12th Ave.
Rd. #205
Nampa, ID 83686


Panorama Construction
2422 12th Ave.
Road #205
Nampa, ID 83686


Pat's AC & Heating
P.O. Box 206
Buckeye, AZ 85326


Pecos Valley Alfalfa Co.
P.O. Box 466
Dexter, NM 88230


Peter Belezzuoli
10565 9th Ave.
Hanford, CA 93230-9328


Pinal Feeders
P.O. Box 49
Laveen, AZ 85339


Pioneer Communications
120 W. Kansas Ave.
Box 707
Ulysses, KS 67880-0707


Plains Redi-Mix, Ltd
100 Greensboro
Plains, KS 67869

Plateau Wireless
P.O. Box 9000
Clovis, NM 88102


PNM
P.O. Box 349
Albuquerque, NM 87103


Powerplan
P.O. Box 5328
Madison, WI 53705-0328


Praxair
Dept Ch. 10660
Palatine, IL 60055-0660


Precure Electric, Inc.
352 St. Hwy 214
Muleshoe, TX 79347


Pro Road Service
26520 W. Hwy 85
Buckeye, AZ 85326


Pro Valley Vet Supply
181 E. Darby Road
Dexter, NM 88230


PVAC
Box 466
Dexter, NM 88230


Queso Grande Dairy
P.O. Box 250
Dexter, NM 88230

Quill Corporation
P.O. Box 3099
Naperville, IL 60566-7099


Qwest
P.O. Box 29039
Phoenix, AZ 85038-9039


Ray Lee Equipment
2800 W. Amercan Blvd.
Muleshoe, TX 79347


RCA
P.O. Box 38
Wright, KS 67882


Reed Publishing
121 Distribution Way
Plattsburgh, NY 12901


Richardson Hardware
P.O. Box 96
Ellinwood, KS 67526


Rising Sun Veterinary Associates
P.O Box 1065
Syracuse, KS 67878


Roberts Trucking
P.O. Box 866
Syracuse, KS 67878


Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402

Rocket Industries
P.O. Box 101
Clovis, NM 88102


Rocky Mountain Pharmaceuticals, Inc.
P.O. Box 531
Jerome, ID 83338


Rok-Hard Ready Mix
Box 229
401 E. Jones Ave.
Holcomb, KS 67851


Roswell Livestock & Farm Supply
P.O. Box 1753
Roswell, NM 88202


Roswell Ready Mix
P.O. Box 448
Roswell, NM 88202


Roto-Mix
2205 E. Earp
P.O. Box 1724
Dodge City, KS 67801


RSC Equipment Rental
307 NO 14th
Dodge City, KS 67801


Rudd Trucking, LLC
17580 North 5200 West
Garland, UT 84312


Rusty's Weigh
408 North I-27
Lubbock, TX 79403-3220

S&H Custom Chemical
2135 S. Helen Ave.
Ontario, CA 91762


Saddle Mountain
P.O. Box 1061
Buckeye, AZ 85326


San Antonio Community Hospital
Department No. 0245
Los Angeles, CA 90084-0245


Savage Brothers Electric, Inc.
P.O. Box 38
Roswell, NM 88202-0038


SBC Payment Center
Sacramento, CA 95887-0001


Scheopner's Water Conditioning
2203 E. Fulton Plaza
Garden City, KS 67846


Seltzer Chemicals
5927 Geiger Court
Carlsbad, CA 92008


Shawnee Dairy
P.O. Box 220
Dexter, NM 88230


Shoemaker Farm & Home Service
209 Main St. Big Bow
Johnson, KS 67855

```
Silliker, Inc.
401 Commerce Rd
Artesia, NM 88210


South Springs Animal Hospital
3501 Old Dexter Hwy.
Roswell, NM 88201


Southern California Dairy Equipment
7000 Merrill Ave.
Box 12
Chino, CA 91710


Southern California Gas Co.
P.O. Box C
Monterey Park, CA 91756


Southland Dairy Equipment
P.O. Box 6027
Roswell, NM 88202


Southwest Bearing
P.O. Box 2228
Roswell, NM 88201


Southwest Gas Corporation
P.O. Box 52075
Phoenix, AZ 85072-2075


Southwest Gas Corporation
P.O. Box 98890
Las Vegas, NV 89150-0101


Southwest Kansas Sales LLC
902 E. Hampton Ave.
Ulysses, KS 67880
```

Southwest Regional Landfill
Los Angeles, CA 90074-1256


Southwestern Wireless
1206 E College Blvd.
Roswell, NM 88201


Specialized Dairy Service Inc.
1531 S. Vineyard Ave.
Ontario, CA 91761


Specialized Dairy Service Inc.
1531 S. Vinyard Ave.
Ontario, CA 91761


Sprint
P.O. Box 79357
City Of Industry, CA 91716-9357


Sprint


Sprint Sports Rehab
113 E. College Blvd.
Roswell, NM 88201


Sprint/Nextel Communications
P.O. Box 54977
Los Angeles, CA 90054-0977


Stanton County True Value
P.O. Box 140
Johnson, KS 67855

State Fund Insurance
P.O. Box 7854
San Francisco, CA 94120-7854


Stillen


Stockyard Supply Co.
P.O. Box 189
Morristown, TN 37814


Syracuse Inn, Inc.
612 W. Hwy 50
Syracuse, KS 67878


T-Mobile
P.O. Box 660252
Dallas, TX 75266-0252


T-Mobile
P.O. Box 51843
Los Angeles, CA 90051


TEC of California
14085 Valley Blvd.
Fontana, CA 92335


Tedro's Diary Supply
#6 Desert Rose
Roswell, NM 88201


Teeter Irrigation
201 E. Oklahoma
Ulysses, KS 67880

Terracon Consultants, Inc.
P.O. Box 931277
Kansas City, MO 64193-1277


Texas Commission Environmental Quality
P.O. Box 13089
Austin, TX 78711-3089


Texas Department of Public Safety


Texas Department of Transportation


The County Treasurer
P.O. Box 1167
Syracuse, KS 67878


The Hub of Syracuse
P.O. Box 638
Syracuse, KS 67878


The Machine Shop
1010 S. Main
Roswell, NM 88203


The Syracuse Cooperative Exchange
P.O. Box 946
Syracuse, KS 67878


The Victor L. Phillips Co.
P.O. Box 843202
Kansas City, MO 64184-3202

Theo Hymas
107 S. MATTERHORN DR
Alpine, UT 84004


Tifco Industries
P.O. Box 40277
Houston, TX 77240-0277


Tornows & Assoc.


Town & Country Scale
P.O. Box 1917
Glendale, AZ 85311


Transworld Systems
5801 Osuna Rd. NE
Albuquerque, NM 87109


Triple D Auto Parts
P.O. Box 1007
115 N. Main
Syracuse, KS 67878


Triple S Auto Glass
1300 W. American Blvd.
Muleshoe, TX 79347


Tulare County Tax Collector


Tule River Ranch, Inc.
P.O. Box 6700
Visalia, CA 93290-6700

Unifirst
P.O. Box 844
Clovis, NM 88101


United Rentals
FILE 51122
Los Angeles, CA 90074-1122


United States Treasury


Valley Agricultural Software, Inc.
3950 South K Street
Tulare, CA 93274


Valley Incorporated
Box 344
Portales, NM 88130


Valley Radiator
P.O. Box 143
Hagerman, NM 88232


VCP


Vern Lewis Welding Supply
275 S. Black Canyon Highway
Phoenix, AZ 85009


Veterinarians Outlet of NM, Inc.

Veterinary Pharmaceuticals, Inc.
13159 13th Road West
Hanford, CA 93230-9666


Vic's Tire Repair
P.O. Box 914
Dexter, NM 88230


Vics Garage
P.O. Box 30
Dexter, NM 88230


Viramontes Express
17130 Hellman Ave.
Corona, CA 92880


Walco
1906 East Cedar
Ontario, CA 91761


Warren Cat


Water Chemistry, Inc.
43011 North Murphy, Ave.
Queen Creek, AZ 85242


Wayne Copley Trucking
P.O. Box 63
Muleshoe, TX 79347


West Coast Services
4370 N. Hallmark Pkwy
#102
San Bernardino, CA 92407

```
West Plains Telecommunications
P.O. Box 1012
Muleshoe, TX 79347


Western Dairy Transport, LP
P.O. Box 789
Syracuse, KS 67878


Western Milling
Department 9287
Los Angeles, CA 90084-9287


Wheatland Electric Coop, Inc.
P.O. Box 230
Scott City, KS 67871


Wilbur-Ellis
4272 Paysphere Circle
Chicago, IL 60674


Wingfield Livestock
P.O. Box 1271
Buckeye, AZ 85326


Wingfield Livestock Transportation, Inc.
P.O. Box 1271
Buckeye, AZ 85326


Wood N Post
P.O. Box 96
Ellinwood, KS 67526


Wright Express
```

```
Yellow Transporation Inc.
P.O. Box 100299
CA 92289-0299
```