BTXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:

**Que Jay Fullmer**
**Debora Jean Fullmer**

Case No.: 09-50086

Debtor(s)

## VERIFICATION OF MAILING LIST - AMENDED

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

☐ is the first mail matrix in this case.

■ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: 4/14/09

Que Jay Fullmer
Signature of Debtor

Date: 4/14/09

Debora Jean Fullmer
Signature of Debtor

Date: 4/14/09

Signature of Attorney
David R. Langston 11923800
Mullin Hoard & Brown, L.L.P.
P.O. Box 2585
Lubbock, TX 79408
806-765-7491   Fax: 806-765-0553

xxx-xx-6194
Debtor's Social Security/Tax ID No.

xxx-xx-8308
Joint Debtor's Social Security/Tax ID No.

ADD:

A Plus Equipment Rental
P.O. Box 479
Tipton, CA 93272

A&H Dairy
Attn: Gary Allen
8605 S. Palo Verde
Buckeye, AZ 85326

Access Capitol
Attn: Bob Mayarga
1560 Brookhollow Dr. #2008
Santa Ana, CA 92705

Agri Placements
102 E. Broadway
Fairview, OK 73737

Alco
1401 W. American Blvd.
Muleshoe, TX. 79347

Alex's Tire
302 E. American Blvd.
Muleshoe, TX 79347

ANB Contractors
1550 West 10th Street
Hugoton, KS 67951

Baker Commodities
P.O. Box 1286
Hanford, CA 93232

Barcley Mechanical
P.O. Box 360
Paul, ID 83347

Bob Lueck #2
19312 S. Tuthill
Buckeye, AZ 85326

Business Week
P.O. Box 8418
Red Oak, IA 51591-1418

Ca Emergency Phys. Corona Regional
P.O. Box 582663
Modesto, CA  95358

Cabrera & Meneses Tractor
353 N. Palm St.
Tulare, CA  93274

CDR Trucking
c/o Jacob Briggs
Lebaron & Jensen, P.C.
476 West Heritage Park Blvd.
Suite 200
Layton, UT  84041

Central California Silage Covering
4695 McSwain Road
Merced, CA  95341

Central Services & Records Division
555 Wright Way
Carson City, NV  89711

Chem Mark
P.O. Box 721
Garden Grove, CA  92842

Coastal Packing Co.
P.O. Box 58918
Los Angeles, CA  90058

Commercial Lighting Company
P.O. Box 270651
Tampa, FL  33688

Credit Collection Service
P.O. Box 55156
Boston, MA  02205-5156

Dalhart Texan
410 Denrock
Dalhart, TX  79022

Dave Jackson Farms
41646 Rd. 62
Reedley, CA 93654

Decorator's Floral
616 South 1st
Muleshoe, TX 79347

Diamond Laundry
P.O. Box 280
Glenns Ferry, ID 83623

Diesel Doctor
613 Industrial Park
Clovis, NM 88101

Double M. Transport
P.O. Box 907
Tipton, CA 93272

Dr. Jerry D. Optometriest
111 E. 3rd St.
Muleshoe, TX 79347

DTN Corporation
P.O. Box 3546
Omaha, NE 68103-0546

Duckwall Alco Stores
P.O. Box 1305
Syracuse, KS 67878

Earl Ladd & Sons
P.O. Box 427
Muleshoe, TX 79347

El Visto Dairy
357 Ojibwa Road
Dexter, NM 88230

Electric Motor Rewind
214 S. Hwy. 24
Rupert, ID 83350

Empire Nissan
1377 Kettering Dr.
Ontario, CA 91761

Equity Management
101 W. Big Beaver Rd.
Troy, MI 48084

Fairbanks Scales
P.O. Box 802796
Kansas City, MO 64180

Far West Finance, Inc.
P.O. Box 1246
Medford, OR 97501

Freedom Newspaper of NM
902 S. 1st
Tucumcari, NM 88401

Fulkerson Services, Inc.
1601 W. 2nd Street
Roswell, NM 88201

Giacomazzi Farms
3041 Clubhouse Ct.
Hanford, CA 93230

Goshen Auto Parts
6676 Ave. 304
Visalia, CA 93291

Greg's Portable Welding
501 East Austin
Muleshoe, TX 79347

HazMat Trans, Inc.
c/o Theodore Stream
Gresham Savage Nolan & Tilden
3750 University Ave., Suite 250
Riverside, CA 92501

Hi Plains Feed, LLC
1650 N. Sherlock Rd.
Garden City, KS 67846

Idaho Equipment and Sheetmetal
P.O. Box 1205
Burley, ID 83318

Inter Mt. Golf Cars
9115 S. 700 E.
Sandy, UT 84070

Internal Revenue Service
SPECIAL PROCEDURES
P.O. Box 21126
Philadelphia, PA 19114

IQM Vita Mixes
P.O. Box 1542
Del Rio, TX 78841

J&R Country Cowboys
P.O. Box 386
Farwell, TX 79325

J.C. Lansdowne
P.O. Box 6070
Visalia, CA 93290

James Van Pelt
313 W. Country Club Rd. #10
Roswell, NM 88201

KanCo Hay LLC
P.O. Box 199
Coolidge, KS 37836

Kansas Dept. of Health and Environment
c/o Mr Tracy Diel, Director
1020 S. Kansas Ave.
Topeka, KS 66612

King Ag Aviation
P.O. Box 189
Sudan, TX 79371

Koehn Marketing, Inc.
P.O. Box 577
Watertown, SD 57201

Kohman Dairy
Attn: George Kohman
Box 52
Syracuse, KS 67878

Kubota Credit Corp.
P.O. Box 559
Carol Stream, IL 60132

Lakin Dairy
P.O. Box 389
Lakin, KS 67860

Lance Fraze
357 Ojibwa Road
Dexter, NM 88230

Lasting Impressions
516 South 1st Street
Muleshoe, TX 79347

Lawley's Inc.
P.O. Box 5275
Modesto, CA 95352

Livestock Weekly
P.O. Box 3306
San Angelo, TX 76902

Mark F. Fink, D.V.M.
14223 N. 182nd Ave.
Surprise, AZ 85379

Mathisen Oil
P.O. Box 2355
Montclair, CA 91763

Memorial Hermann
P.O. Box 203197
Houston, TX 77126-3197

Merricks Inc.
Dept. Ch. 17154
Palatine, IL 60055

Mill Creek Veterinary
P.O. Box 6129
Visalia, CA 93290

Minidoka Tax Collector
715 G Street
Rupert, ID 83350

Minidoka Transfer Station
287 N. 400 W.
Paul, ID 83347

Mohawk Auto Parts
1701 W. American Blvd.
Muleshoe, TX 79347

Monteiro Trucking
3797-B Ave. 248
Tulare, CA 93274

Morris Levine & Son
1816 South K Street
Tulare, CA 93274

Muleshoe Animal Clinic
1430 US Hwy. 84
Muleshoe, TX 79347

MW Equipment
1130 N. Pacific Ave.
Glendale, CA 91202-2359

Napa Auto Parts
126 S. 4th Street
Buckeye, AZ 85326

Nebs
500 Main Street
Groton, MA 01471

Newsweek
P.O. Box 5564
Harlan, IA 51593

Office of the Attorney General
P.O. Box 12548
Austin, TX 78711

Organic Products International
P.O. Box 1797
Sumter, SC 29151

Peak Alarm
P.O. Box 27127
Salt Lake City, UT 84127

Personnell Plus, Inc.
c/o Lance Loveland
Parsons Smith & Stone, LLP
P.O. Box 910
Burley, ID 83318

Peterbilt of Garden City
P.O. Box 1866
Garden City, KS 67846

Pinnacle Business Finance, Inc.
789 S. Federal Hwy. Suite 100
Stuart, FL 34994

Praxair
Dept. 812
P.O. Box 120812
Dallas, TX 75312

Professional Account Services
P.O. Box 188
Brentwood, TN 37027-0188

Progressive Dairy
P.O. Box 585
Jerome, ID 83338

R&D Service Center
4900 Mabry
Clovis, NM 88101

Resource Logistics
1812 S. Empire Rd.
Suite G
Salt Lake City, UT 84104

Retro Rides
281 W. 2050 N.
Spanish Fork, UT 84660

S&B Feedyard
25714 Aspen Road
Macedonia, Iowa 51549

Salem Occupational Health Clinic
2168 Lancaster Dr. NE
Salem, OR 97305

Sam's
P.O. Box 9001907
Louisville, KY 40290

San Bernardino County Fire Dept.
157 W. Fifth Street
2nd Floor
San Bernardino, CA 92415

Sharp McQueen P.A.
P.O. Box 2619
Liberal, KS 67905

Skagg's Motor & Machine
119 West Third
Muleshoe, TX 79347

Skinner Cattle Company
3982 S. Emerald Dr.
Buckeye, AZ 85326

Sonora Desert Dairy
19312 Tuthill Road
Buckeye, AZ 85326

Southwest Plains Dairy
HC1, Box 14
Syracuse, KS 67878

State of California
Franchise Tax Board
P.O. Box 942840
Sacramento, CA 94240

Stechnij Dairy
3442 S. Hawes Rd.
Mesa, AZ 85212

Syracuse Food Center
P.O. Box 1205
Syracuse, JS 67878

Target National Bank
P.O. Box 59317
Minneapolis, MN 55459

Taylor & Sons Pipe Inc.
2479 CS 2865
Chickasha, OK 73018

Texas Workforce Commission
Attorney Gen. State of Texas
Collection Div., Bankruptcy Section
P.O. Box 12548
Austin, TX 78711

The Import Experts
Hella Inc. – USA
201 Kelly Drive
Peachtree City, GA 30269

Top Line Dairy
P.O. Box 450
Artesia, NM 88211

Travelers
Specialty Remittance Center
Hartford, CT 06183

U.S. Attorney
1100 Commerce St.
3rd Floor
Dallas, Texas 75242

United States Treasury
Internal Revenue Service
Ogden, UT 84201

United Supermarkets
104 West 9th Street
P.O. Box 15585
Amarillo, Texas 79105

UPS
Lockbox 577
Carol Stream, IL 60132

Valley Industrial Medical Group
755 E. Terrace Ave.
Tulare, CA 93274

Verify I-9, LLC
P.O. Box 2415
Loganville, GA 30052

Washington Mutual
P.O. Box 660487
Dallas, TX 75266

West Kansas Dairy Farm, LLC
P.O. Box 1029
Guymon, OK 73942

Western Feedyard
P.O. Box 3466
Omaha, NE 68103

Western Inn
2331 N. Main
Roswell, NM 88201

Westway Feed Products
23623 Network Place
Chicago, IL 60673

Xcel Energy
P.O. Box 9477
Minneapolis, MN 55484