BTXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:

**Que Jay Fullmer**
**Debora Jean Fullmer**

Case No.: 09-50086

Debtor(s)

## VERIFICATION OF MAILING LIST - AMENDED

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

☐   is the first mail matrix in this case.

■   adds entities not listed on previously filed mailing list(s).

☐   changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐   deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: June 29, 2009

Que Jay Fullmer
Signature of Debtor

Date: June 29, 2009

Debora Jean Fullmer
Signature of Debtor

Date: June 29, 2009

Signature of Attorney
David R. Langston 11923800
Mullin Hoard & Brown, L.L.P.
P.O. Box 2585
Lubbock, TX 79408
806-765-7491  Fax: 806-765-0553

xxx-xx-6194
Debtor's Social Security/Tax ID No.

xxx-xx-8308
Joint Debtor's Social Security/Tax ID No.

ADD:

      U.S. Department of Labor
      Wage & Hour Division
      P.O. Box 907
      Albuquerque, NM 87103

      Robbie Bahr
      c/o Todd Taylor
      Morgan & Associates
      525 Glen Creek Rd., NW, Suite 300
      Salem, OR 97304

      Kansas Department of Labor
      401 SW Topeka Blvd.
      Topeka, KS 66603

      CA Emer Phys – Corona Regional
      P.O. Box 582663
      Suite D-46
      Modesto, CA 95358-0046

      Dodge City International
      2201 East Highway 50
      Dodge City, KS 87801

      SCF Arizona
      3030 N. 3rd St.
      Phoenix, AZ 85012

      Vanleeuwen Dairy
      1802 S. Airport Rd.
      Buckeye, AZ 85326-9240