IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: QUE JAY FULLMER AND DEBORA JEAN FULLMER D/B/A FULLMER CATTLE COMPANY, | ) ) ) ) | Administrative Consolidated Under Case No. 09-50086-11 |
| DEBTORS. | ) | CHAPTER 11 |

## JOINT MOTION FOR ENTRY OF AGREED ORDER

On January 27, 2010, the Debtors filed their Objection to Proof of Claim Number 77-3 of the United States Treasury Department - Internal Revenue Service [Document # 642] ("the Objection"). The Debtors and the Internal Revenue Service have resolved their dispute with regard to the Objection and request that the Court enter the proposed Agreed Order.

JAMES T. JACKS
United States Attorney

/s/ HOLLY M. CHURCH
HOLLY M. CHURCH
Attorney, Tax Division
State Bar No. 24040691
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-2432
(214) 880-9742 (FAX)
Holly.M.Church@USDOJ.gov

ATTORNEYS FOR THE UNITED STATES

-AND-

MULLIN HOARD & BROWN, L.L.P.<br>
P.O. Box 2585<br>
Lubbock, Texas 79408-2585<br>
Telephone: (806) 765-7491<br>
Facsimile: (806) 765-0553

/s/ David R. Langston
David R. Langston, SBN: 11923800
***Attorneys for Plaintiff, Fullmer Cattle Company, an Arizona LLC***

## **CERTIFICATE OF SERVICE**

I certify that the Joint Motion for Entry of Agreed Order was served on all counsel set forth below by first class mail and electronic filing on December 20, 2010:

| | |
|---|---|
| David R. Langston<br>Mullin, Hoard & Brown<br>P.O. Box 2585<br>Lubbock, Texas 79408-2585 | Max R. Tarbox<br>2301 Broadway<br>Lubbock, Texas 79401 |
| Nancy Resnick<br>U.S. Trustee's Office<br>1100 Commerce Street, Room 9C60<br>Dallas, Texas 79408-2547 | Que and Debora Fullmer<br>Fullmer Cattle Co.<br>13200 South Hwy. 27<br>Syracuse, Kansas 67878 |

/s/ HOLLY M. CHURCH
HOLLY M. CHURCH