

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**



**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed December 22, 2010**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: QUE JAY FULLMER AND DEBORA | ) | Administrative Consolidated |
| JEAN FULLMER D/B/A FULLMER CATTLE | ) | Under Case No. 09-50086-11 |
| COMPANY, | ) | |
| | ) | |
| DEBTORS | ) | CHAPTER 11 |

## AGREED ORDER

The Court, having considered the Joint Motion for Entry of Agreed Order filed by the

Debtors and the United States of America, on behalf of the Internal Revenue Service, with regard

to the Debtors' Objection to Proof of Claim Number 77-3 of the United States Treasury

Department - Internal Revenue Service [Document # 642], orders as follows:

1. Amendment No. 5 to the Proof of Claim for Internal Revenue Taxes dated June 4,

2009, is allowed.

2.  The Debtors' Objection to Proof of Claim Number 77-3 of the United States Treasury Department - Internal Revenue Service is withdrawn for all purposes.

3.  Each party shall bear their own costs, including attorneys' fees, in this matter.

###END OF ORDER###